07CR 684

Minute Order Form (rev. 4/99)

JUDGE PALLMEYER

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 GJ 0984 | DATE | OCTOBER 24, 2007 |
| CASE TITLE | US v. SHUREZ D. YERGER, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

~~GRAND JURY PROCEEDING AND PROCEEDINGS HELD~~

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Arlander Keys_

**Docket Entry:**

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE DISTRICT COURT CLERKS OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE DEFENDANTS ARE ARRESTED OR BY FURTHER ORDER OF THE COURT. ~~DO NOT SEAL ARREST WARRANTS.~~

SIGNATURE OF JUDGE _Arlander Keys_ (ONLY IF FILED UNDER SEAL)
OR MAGISTRATE JUDGE

BW Issued   BW W5M

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

OCT 2 5 2007

FILED

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials
DOCKET#

**MAGISTRATE JUDGE SCHENKIER** OCT 2 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT