# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 684 - 3 | **DATE** | 12/18/2007 |
| **CASE TITLE** | USA vs. Keith R. Givens | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant Keith R. Givens enters plea of not guilty to all counts. 16.1 conference to be held by or on 12/28/2007. Pretrial motions to be filed by or on 1/8/2008. Government's response to be filed by or on 1/15/2008. Status hearing set for 1/18/2008 at 9:00. Defendant released on $4500 OR Bond. Steven M. Levy appointed for arraignment only. Excludable time to begin pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:09

| | |
|---|---|
| Courtroom Deputy Initials: | ETV |