## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 684 - 3 | **DATE** | 1/18/2008 |
| **CASE TITLE** | USA vs. Keith R. Givens | | |

**DOCKET ENTRY TEXT**

Status hearing held on 1/18/2008. Status hearing set for 3/18/2008 at 9:00. Government's oral motion to lift the seal granted. Suppression is lifted. Excludable time to continue pursuant to 18:3161(h)(1)(F) and to begin pursuant to 18:3161(h)(8)(B)(I) and U.S. v. Tibboel, 753F.2nd 608 (7th Cir. 1985). (X-T, X-E)

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|