## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 684 - 3 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA vs. Keith R. Givens | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/18/2008. Status hearing set for 4/17/2008 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F) and 18:3161(h)(8)(A)(B). (X-E, X-T)

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|