## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 684 - 3 | **DATE** | 4/17/2008 |
| **CASE TITLE** | USA vs. Keith R. Givens | | |

*RRP* (signature)

**DOCKET ENTRY TEXT**

Status hearing held on 4/17/2008. Status hearing et for 5/22/2008 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F) and 18:3161(h)(8)(A)(B). (X-T, X-E)

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07CR684 - 3 USA vs. Keith R. Givens     Page 1 of 1