# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 684 - 3 | **DATE** | 5/19/2008 |
| **CASE TITLE** | USA vs. Keith Givens | | |

**DOCKET ENTRY TEXT**

By agreement, status hearing set for 5/22/2008 is stricken and reset to 6/26/2008 at 9:00. Order excludable time to begin pursuant to 18:3161(h)(1))(I) for plea negotiations. (X-7)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|