# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 684 - 3 | **DATE** | 6/26/2008 |
| **CASE TITLE** | USA vs. Keith R. Givens | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/26/2008. Status hearing set for 7/10/2008 at 9:00. Order excludable time to begin pursuant to 18:3161(h)(1))(I) for plea negotiations. (X-7)

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|