## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 684 - 3 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Keith R. Givens | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/27/2008. Change of plea hearing set for 9/24/2008 at 10:30. Order excludable time to continue pursuant to 18:3161(h)(1)(I) for plea negotiations. (X-7)

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:07-cr-00684 Document 25 Filed 08/27/2008 Page 1 of 1

07CR684 - 3 USA vs. Keith R. Givens  Page 1 of 1